# United States District Court

__SOUTHERN__ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ANGEL HERNANDEZ, a/k/a "Junior"

## WARRANT FOR ARREST

CASE NUMBER: 00 - 6088
CR - UNGARO - BENAGES

MAGISTRATE JUDGE
BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANGEL HERNANDEZ, a/k/a "Junior"__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO,; Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __659, 1962(d)__

CLARENCE MADDOX

Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT

Title of Issuing Officer

04/04/00    FORT LAUDERDALE, FLORIDA

Date and Location

*PRE TRIAL DETENTION*

Bail fixed at $ 50,000 Corporate Surety Bond

*requested*

LURANA S. SNOW

by CHIEF UNITED STATES MAGISTRATE JUDGE

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME:   ANGEL HERNANDEZ, a/k/a "Junior"

ALIAS: _____

LAST KNOWN RESIDENCE:  4945 SW 5th Street, Miami, Florida _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH:   03/23/64 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:   FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169

_____