UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

ALEX TORRENTE
JULIO PEREZ

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

That this case is to be UNSEALED pursuant to the arrest and initial appearance of the above defendants.

**DONE AND ORDERED** at Miami, Florida this ___2nd_____ day of _
___MAY_____, 20_00_____ .

TAPE NO:00C 35 -1968

_____
**UNITED STATES MAGISTRATE JUDGE**
BARRY L. GARBER

c: AUSA _Michael DiRoe_
    Defense Counsel
    Pretrial Services
    U.S. Marshal
formblan.kor

19/