UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-Benages

UNITED STATES OF AMERICA

vs.

ANGEL HERNANDEZ

        Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : (SURR)

Language: English

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: (on bond)

               Tel. No:

Defense Counsel:  Name : HOSEY HERNANDEZ

               Address: 2701 So Bayshore Dr, #602
                       Miami, FL 33133

               Tel. No: 859-2222

Bond Set/Continued: $50,000 10% + $100,000

Dated this 5th day of May, 2000.

CLARENCE MADDOX, CLERK

BY  Karen Sussmann
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney Ditto
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00C 36
DIGITAL START NO. 286

31/rt