## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

CASE NO: 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

F.B.N. 852716

    Plaintiff,

vs.

ANGEL HERNANDEZ, et al.

    Defendant.

_____/



## NOTICE OF APPEARANCE
## AS COUNSEL

**PLEASE TAKE NOTICE** that the law offices of Hosey Hernandez, hereby files his Notice of Appearance as Counsel on the above styled cause.

**IT IS REQUEST** that the clerk of this Court notify the undersigned, in writing, of the time, date, and place of arraignment, hearings reports, docket soundings, depositions, and trial to insure the prompt appearance of the Defendant and the undersigned counsel before this Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was Mailed and Hand Delivered to: Assistant United States Attorney, Michael Dittoe, Esq., 500 E. Broward

Blvd., 7th Floor, Ft. Lauderdale, Florida, 33394 and Honorable Judge Ursula Ungaro-Benages, 301 North Miami Ave., Miami, Florida, 33128.

Respectfully submitted,

Hosey Hernandez, Esq.
2701 S. Bayshore Drive
Suite #: 602
Coconut Grove, Fl. 33133
(305) 859-2222

BY: _____
     HOSEY HERNANDEZ, ESQ.
     FBN: 852196