AO 442 (Rev. 12/85) Warrant for Arrest    Michael Dittoe, AUSA    FBI S/A Darwin Sachs    465/60

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ANGEL HERNANDEZ, a/k/a "Junior"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

YOU ARE HEREBY COMMANDED to arrest __ANGEL HERNANDEZ, a/k/a "Junior"__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO,; Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __659, 1962(d)__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| _/s/ Denny Butler_ | 04/04/00    FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| _mg_ PRE TRIAL DETENTION | _/s/ Lurana S. Snow_ |
| Bail fixed at ~~$50,000 Corporate Surety Bond~~ requested | LURANA S. SNOW |
| | by CHIEF UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/2000 | | _/s/_ |
| DATE OF ARREST | James A. Tassone, USM | Fred DePompa, SDUSM |
| 5/5/2000 | FOR: FBI | 53 |

AO 442 (Rev. 12/85) Warrant for Arrest

MAY 11 2000

Rec'd in MIA Dkt _____