UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO: 00-6088-Cr-Ungaro Benages

UNITED STATES OF AMERICA,

F.B.N.: 852716

    Plaintiff,

vs.

ANGEL HERNANDEZ, et.al.

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME

**COMES NOW,** Defendant, Angel Hernandez, by and through undersigned counsel, files this his **Motion for Extension of Time** and as grounds **therefore alleges as follows:**

1. Undersigned counsel received this court's **STANDING DISCOVERY ORDER,** on May 8th, 2000.

2. Pursuant to this court's order, both parties have ten (28) days from the date of the order to file all pretrial motions, pursuant to Local Rule 88.9.

3. Undersigned counsel has spoken to Assistant United States Attorney Michael J. Dittoe and requested ten (10) days form the time of examining and viewing the discovery against

NON-COMPLIANCE OF S.D. FLA. L.R. 7.1(A)



U.S. vs. Angel Hernandez<br>
Case No.: 00-6088-Cr-Ungaro Benages

Defendant Angel Hernandez in which to file all appropriate motions. Mr. Dittoe has no objections to said extension.

4. Undersigned counsel respectfully request ten (10) days from the date of the examining and viewing the discovery and evidence against Defendant, Angel Hernandez in which to file his pretrial motions.

**WHEREFORE,** the Defendant, Angel Hernandez, respectfully requests that this court enter an order consistent with this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was Mailed and Hand Delivered: Honorable Ungaro-Benages at 301 North Miami Ave., 11th Floor, Miami, Florida 33128 and Assistant United States Attorney, Michael Dittoe, Esq., 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida, 33394 on this __1st__ day of June, 2000.

Respectfully submitted,

Hosey Hernandez, Esq.
2701 S. Bayshore Drive
Suite #: 602
Coconut Grove, Fl. 33133
(305) 859-2222

BY: _____
HOSEY HERNANDEZ, ESQ.
FBN: 852716