UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO: 00-6088-Cr-Ungaro Benages

UNITED STATES OF AMERICA,

F.B.N.: 852716

    Plaintiff,

vs.

ANGEL HERNANDEZ, et.al.

    Defendants.
_____/

## MOTION FOR CONTINUANCE

**COMES NOW**, the Defendant, Angel Hernandez, by and through undersigned counsel files this his Motion for Continuance and as grounds therefore alleges as follows:

    1.    On April 4th, 2000, the United States government indicted Angel Hernandez along with eight (8) other defendants.

    2.    On May 5th, 2000, Mr. Hernandez surrendered himself to Judge Garber and a bond was posted.

    3.    This matter is currently set for calendar call on June 14th, 2000 and trial commencing on June 19th, 2000.



*United States vs. Angel Hernandez, et.al*
*Case No.: 00-6088-Cr-Ungaro-Benages*

4. This trial involves multiple defendants and complex individual counts.

5. Up and until this time, defense counsel has not had an opportunity to set up a Discovery Conference in order to review the discovery against the Defendant, Angel Hernandez.

6. This is a first trial setting on this matter and the Defendant along with defense counsel respectfully request a continuance in this matter so that all the discovery may be inspected and reviewed and all proper motions may be filed.

7. The granting of this Motion will not prejudice the UNITED STATES OF AMERICA.

8. This Motion for Continuance is done in good faith, for the reasons stated herein, and not for the purpose of delay.

**WHEREFORE**, Defendant, Angel Hernandez, respectfully requests that this Court enter an Order consistent with this motion.

Respectfully submitted,
Hosey Hernandez, Esq.
2701 S. Bayshore Drive
Suite #: 602
Coconut Grove, Fl 33133
(305) 859-2222

BY: _____
HOSEY HERNANDEZ, ESQ.
FBN: 852716

*United States vs. Angel Hernandez, et.al*
*Case No.: 00-6088-Cr-Ungaro-Benages*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered via U.S. Mail on this 7th day of June, 2000, to the following:

Alan Edward Weinstein, Esq.
Attorney for Marco Minuto
1801 West Avenue
Miami Beach, FL. 33139-1431

Martin Robert Raskin, Esq.
Attorney for Joseph Minuto
Grove Forest Plaza
2937 S.W. 27th Ave
Suite 206
Miami, Florida 33133-3703

William J. Hunt, Esq.
Attorney for Joseph Minuto
155 Polifly Road
Suite 200
Hackensack, NJ 07601

Simon Toby Steckel, Esq.
Attorney for Marcello Grasso
701 Brickell Avenue
Suite 3260
Miami, Florida 33131

Manuel Gonzalez, Jr., Esq.
Attorney for Julio Perez
782 LeJeune Road
Suite 440
Miami, Florida 33126

Antonio E. Marin, Esq.
Attorney for Alex Torrente
2100 Coral Way
Suite 303
Miami, Florida 33145

Michael J. Dittoe, AUSA
United States Attorney's Office
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, FL. 33394-3002

Probation Officer
United States Probation Office
299 East Broward Blvd.
Room 409
Fort Lauderdale, FL. 33301-1865

PTS Officer
Pretrial Services Office
299 E. Broward Blvd.
Suite 301
Fort Lauderdale, FL. 33301