UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO: 00-6088-Cr-Ungaro Benages

UNITED STATES OF AMERICA,

F.B.N.: 852716

Plaintiff,

vs.

ANGEL HERNANDEZ, et.al.

Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Defendant, Angel Hernandez, motion for extension of time to file pretrial motions ( doc.65).

**ORDERED AND ADJUDGED:**

1. That Undersigned counsel's motion for extension of time to file pretrial motions is GRANTED.
2. That undersigned counsel will be given ten (10) days after viewing the government's discovery against, Defendant, Angel Hernandez to file pretrial motions.

**DONE AND ORDERED** at Miami-Dade County, on this ___ day of _____, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

Copies to: Hosey Hernandez, Esq.
all parties and/or counsel of record