PS 8
(8/88)
Investigating Agency:

# United States District Court
## for
## SOUTHERN FLORIDA

U. S. A. vs. HERNANDEZ, ANGEL                Docket No.: 00-6088-CR-UUB

### Petition for Action on Conditions of Pretrial Release

COMES NOW Ella M. Bowden PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angel Hernandez who was placed under pretrial release supervision by the Honorable Barry L. Garber sitting in the court at Miami, on the May day of 5, 2000 under the following conditions:

1. Report to Pretrial Services once a week in person and once by telephone;
2. Submit to drug testing and/or treatment as deemed necessary by Pretrial Services;
3. Maintain residence and do not move without a court order;
4. Travel permitted to Southern District of Florida and North Carolina for business related travel. Must submit itinerary to US Pretrial Services prior to all travel. Must report in person to U.S. Pretrial Services upon returning.
5. Surrender passport (pending for defendant is searching);
6. Maintain employment; and
7. Do not encumber property.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On June 19, 2000, the defendant submitted a urine sample which tested positive for cocaine and marijuana, as confirmed by Pharchem Laboratories on June 27, 2000.

PRAYING THAT THE COURT WILL ORDER that a hearing be held for the defendant to Show Cause why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this 28 day of June 2000 and ordered filed and made a part of the records in the above case.

Honorable Ursula Ungaro-Benages
U. S. District Court Judge

Respectfully,

Ella M. Evans
U.S. Pretrial Services Officer

Place  Miami, FL

Date   June 28, 2000

