ko.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-Ungaro Benages

UNITED STATES OF AMERICA

vs.                                                        ORDER

Angel Hernandez
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: This matter came before the Court for a Show Cause Hearing pursuant to a Petition submitted by Pre-Trial Services for the revocation of the defendant's bond. The defendant and the Government have stipulated to violations of release in that the defendant has tested positive for use of cocaine. Accordingly, it is hereby Ordered and Adjudged that the defendant's bond shall be modified. He shall report to Pre-Trial Services for possible placement in a residential drug treatment program. He shall not drive a Commercial vehicle unless written order of Court is issued. He shall be placed on a curfew from 9:00 PM to 6:00 A.M., seven days per week. All previous conditions of release, not conflicting with the above, shall remain in effect; violations thereof shall result in the issuance of a warrant of arrest.

**DONE AND ORDERED** at Miami, Florida this 19 day of July 2000.

TAPE NO: 00C- 49-2745

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA - Joan Silverstein
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

Hosey Hernandez, Esq.