# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. ANGEL HERNANDEZ    Docket No. 00-6088-CR-UNGARO-BENAGES

Petition for Action on Conditions of Pretrial Release

COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant ANGEL HERNANDEZ, who was placed under pretrial release supervision by the Honorable Barry L. Garber, U.S. Magistrate Judge sitting in the Court at Miami, on May 5, 2000, under the following conditions:

1. Travel restricted to the Southern District of Florida;
2. Maintain residence and not move without prior court order;
3. Surrender travel documents to Pretrial Services;
4. Report to Pretrial Services once a week in person and once a week by telephone;
5. Submit to random drug testing and treatment, including possible placement in a residential program, as directed by Pretrial Services and as amended on July 19, 2000.
6. Maintain gainful full-time employment;
7. Co-signatories cannot further encumber properties;
8. Cannot drive a commercial vehicle without a written court order; and
9. Daily curfew of 9:00 PM to 6:00 AM.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that on July 19, 2000, bond conditions were amended, as a result of violations, restricting the defendant from driving a commercial vehicle without obtaining a written court order and implemented a daily curfew of 9:00 PM to 6:00 AM. The defendant has requested permission to drive his commercial vehicle and travel to North Carolina once a month for work purposes.

PRAYING THAT THE COURT WILL ORDER Modification of bond conditions allowing the defendant to drive his commercial vehicle and travel to North Carolina once a month. The defendant will report to Pretrial Services and submit a urinalysis prior to travel and upon return.

ORDER OF COURT

_Granted_

Considered and ordered this __12th__ day of __October__, 20 00 and ordered filed and made a part of the records in the above case.

_Barry L. Garber_
Honorable Barry L. Garber
U.S. Magistrate Judge

Respectfully,

_Irma Botana_
Irma Botana, USPSO
Drug & Alcohol Treatment Specialist

Place: Miami

Date: October 11, 2000