# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. ANGEL HERNANDEZ                    Docket No. 00-6088-CR-UNGARO-BENAGES

### Petition for Action on Conditions of Pretrial Release

COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant ANGEL HERNANDEZ, who was placed under pretrial release supervision by the Honorable Barry L. Garber, U.S. Magistrate Judge sitting in the Court at Miami, on May 5, 2000, under the following conditions:

1.  Travel restricted to the Southern District of Florida;
2.  Maintain residence and not move without prior court order;
3.  Surrender travel documents to Pretrial Services;
4.  Report to Pretrial Services once a week in person and once a week by telephone;
5.  Submit to random drug testing and treatment, including possible placement in a residential program as directed by Pretrial Services and as amended on July 19, 2000.
6.  Maintain gainful full-time employment;
7.  Co-signatories cannot further encumber properties;
8.  Allowed to drive his commercial vehicle and travel to North Carolina once a month with reporting to Pretrial Services prior to and upon return from travel, as amended on 10/16/00.
9.  Daily curfew of 9:00 PM to 6:00 AM.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

In that the defendant has expanded his fruit and produce business to North Carolina, has been in compliance with bond conditions and has made significant progress.

PRAYING THAT THE COURT WILL ORDER Modification of bond conditions deleting the daily curfew, amending reporting frequency to, as directed by Pretrial Services, and allowing travel to North Carolina, as needed for work purposes.

ORDER OF COURT                              Respectfully,

Considered and ordered this __4__ day
of __June__, 20 _01_ and ordered filed
and made a part of the records in the above
case.                                       _____
                                            Irma Botana, USPSO
_____             Drug & Alcohol Treatment Specialist
Honorable Barry L. Garber
U.S. Magistrate Judge                       Place: Miami

                                            Date: June 1, 2001