UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. **00-6088-cr-UU** Date: **8/9/01**

Style: **U.S.A.** Vs. **Minute et al**

Plt/(AUSA): **M. DiHere**

Defense Counsel: **H. Srebnick et al.**

Reporter: **Wm Romanishin** Deputy Clerk **K. Herlay**

Status Conference/Hearing on Motion: **Trial date remains firm — Govt agreed to turnover subpoenaed records — Discussion on wiretape issue & objections**

**Hrg to continue on 8/21/01 @ 3 PM**

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # ____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____