UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. 00-6088-cr-UB  Date: 8/21/01

Style: U.S.A  Vs. Marco Minuto

Pltf/AUSA: Mike Ditoe

Defense Counsel: Howard Srebnick et al.

Reporter: W. Romanishin  Deputy Clerk: K. Harlan

Status Conference/Hearing on Motion: pending motions regarding CI; the C/t heard testimony re the CI's involvement w/ deft — Oral argument heard & matter continued to 8/22/01 @ 10:30

Calendar Call _____  Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____   DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____

338