UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>ANGEL HERNANDEZ )<br>)<br>Defendant. )<br>_____) | CASE NO.: 00-6088-Cr-Ungaro Benages<br>FBN.: 852716<br><br>**POSITION OF DEFENDANT<br>ANGEL HERNANDEZ RE:<br>SENTENCING** |

**DEFENDANT, ANGEL HERNANDEZ, FACTUAL AND LEGAL
OBJECTIONS/MOTION TO THE PRESENTENCE INVESTIGATION
REPORT AND MEMORANDUM OF LAW**

COMES NOW, the Defendant, ANGEL HERNANDEZ (Mr. Hernandez), by and through his undersigned counsel, and pursuant to the United States Sentencing Guidelines ("USSG") §6A1.3, hereby files his Factual and Legal Objections/Motion to the Presentence Investigation Report, ("PSI"). In support thereof, he states as follows:

### A. First Factual/Legal Objection

Specific Offense Characteristic - Paragraph 25 of the PSI provides for a specific offense characteristics upward adjustment of eight (8) levels alleging that " the loss...is approximately $100,000.00.

#### (i) Facts

Through a plea agreement, the parties agreed that the loss was $9,990.00. This is the actual and true loss suffered by the victim Federal Express as it pertains to Mr. Hernandez and as agreed to by the government.

#### (ii) Argument

Here, the loss was actual and fixed by stipulation of the parties through the plea agreement.

1

(iii) <u>Conclusion</u>

This PSI objections should be sustained for the foregoing reasons.

### B. <u>Second Factual/Legal Objection</u>

(i) Facts

<u>More than Minimal Planning</u>-Paragraph 26 of the PSI adds (2) levels for more than minimal planning under U.S.S.G. 2F1.1(b)(1). Application Note 1(f) to §1B1.1, says that more than minimal planning "means more planning than is <u>typical</u> for commission of the offense..." ( Emphasis added).

(ii) Law

By implication, merely picking up a package and dropping it off does not involve more than minimal planning. ..<u>U.S. vs. Harrison</u>, 42 F. 3d 427 (7th Cir. 1994), <u>U.S. v. Tapia</u>, 59 F. 3d 1137 (11th Cir. 1995).

(iii) <u>Argument</u>

The only planning engaged in by Mr. Hernandez was typical with the planing associated with picking up and dropping off a package. Thus, no atypical (more-than-usual) planning was involved.

(iv) <u>Conclusion</u>

This PSI objection should be sustained for the forgoing reasons.

### C. <u>Third Legal/Factual Objection</u>

Paragraphs 23 and 32 of the PSI suggest that Mr. Hernandez should not receive a downward adjustment for acceptance of responsibility.

(i) <u>Facts</u>

Mr. Hernandez has expressed his true remorse by changing his lifestyle. He has been attending substance abuse meetings and has not been charged with any other crimes since his arrest.

2

(ii) Law

U.S.S.G. 3E1.E gives a defendant a downward adjustment for accepting affirmative, personal recognition and for expressing true remorse for his/her conduct. U.S. v Kendrick, 23 F.3d 368 (11th Cir. 1994).

(iii) Argument

Mr. Hernandez took the first step to receive this adjustment. He pled guilty. Mr. Hernandez has expressed his true remorse by changing his lifestyle. He has been attending substance abuse meetings and has not been charged with any other crimes since his arrest. Additionally, attached to this document is a statement of acceptance of responsibility by Mr. Angel Hernandez

(iv) Conclusion

This objection should be sustained for the foregoing reasons.

**MOTION**

Mr. Hernandez respectfully requests that his PSI be ordered revised as a result of any objections (s) to the PSI being sustained.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was ~~mailed~~ hand-delivered this ___ day of November, 2001 to Assistant United States Attorney, Michael J. Dittoe, Esq., 301 99 N.E. 4th Street, Miami, Florida 33132 and Renee Moses, U.S. Probation Officer, 300 N.E. 1st Avenue, Suite 315, Miami, Florida 33132.

Respectfully submitted,

Hosey Hernandez, Esq.
2701 South Bayshore Drive, Suite602,
Coconut Grove, Florida 33133.
Telephone (305) 859-2222
Facsimile (305) 858-6097

## ACCEPTANCE OF RESPONSIBILITY BY ANGEL HERNANDEZ

I Angel Hernandez hereby admit that I was involve in several thefts with reference to this case against Federal Express. I understand that I broke the law and I truly apologize for doing so. I am now totally devoted to my child, my family and my business. I respect that this court has a job to do. The only thing I respectfully ask of this court is that whatever punishment it imposes upon me does not cause me to lose my business.

*[signature]*
Angel Hernandez

1