UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. 00-6088-cr-UB   Date: 11/30/01

Style: U.S.A.   Vs. Angel Hernandez

AUSA: Mike DiPioe

Defense Counsel: Hersey Hernandez

Reporter: W^m Romanishin   Deputy Clerk: K. Harlan

FILED by _____ D.C.
NOV 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Status Conference/Hearing on Motion: Sentencing

3 yrs Prob. — 6 months C.C.C.
1) Subst. Prog.
2) No debt
3) No gangs

Assessment $100.00
Rest: $9,999.00 J&S/Fine No

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____
JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____
TRIAL ENDS _____
DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____
MISCELLANEOUS NOTES TO DOCKET CLERK:

358