UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088 CR
UNGARO - BENAGES



UNITED STATES OF AMERICA

    Plaintiff,

vs

ANGEL HERNANDEZ

    Defendant
_____/

UNOPPOSED
MOTION TO DISCHARGE
BOND AND FOR RETURN OF
MONIES DEPOSITED WITH
<u>THE CLERK OF COURT</u>

    COMES NOW, Movant, PEDRO HERNANDEZ, depositor of bond monies for Defendant, ANGEL HERNANDEZ, respectfully states to this Honorable Court that the above-named Defendant has fully complied with all conditions of the appearance bond in this case, has plead, been sentenced and remanded to probation for completion of his sentence.

    It is therefore requested that the Defendant's cash bond heretofore posted by or on behalf of the Defendant in the amount of FIVE THOUSAND DOLLARS ($5,000.00), plus any accrued interest, be refunded to the following individual/ beneficiary as follows:

    The beneficiary's social security or tax identification number is as follows:

    The sum of $5,00.00 plus any accrued interest relating to this sum shall be refunded to:

     __Pedro Hernandez__
         (NAME)

     __5001 S.W. 7th Street__
(Address for mailing of IRS Form 1099)

     __Miami, Florida 33134__
     (City, State & Zip)

     __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__
(Social security or tax identification no.)

Respectfully submitted,

_____
Hosey Hernandez, Esq.
2710 S. Bayshore Dr. Suite 602
Coconut Grove, Fl 33133
Tel(305) 859-2222
Fax(305)858-6097

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of January, 2002 to Michael J. Dittoe, Assistant United States Attorney Office, 500 E. Broward, Blvd , 7th floor, Fort Lauderdale, Fl 33394-3002.

By:_____
     Hosey Hernandez, Esq.

## ORDER

In consideration of the foregoing motion, it is thereupon ORDERED AND ADJUDGED that the Clerk of the Court shall forthwith make the above-mentioned disbursement(s).

DONE AND ORDERED, at Miami, Miami-Dade County, Florida, this  16  day of January, 2002.

_____
U.S. District Court Judge

cc: Hosey Hernandez, Esq.
    Michael Dittoe, AUSA
    Financial Deputy Clerk, Miami