PROB 12B
(SD/FL 9/96)



Probate CA

SD/FL PACTS No. 63816

FILED by ___ D.C.
MAR 1 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D.

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6088-CR-UNGARO-BENAGES</u>

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Angel Hernandez

Name of Sentencing Judicial Officer: Ursula Ungaro-Benages, Judge
                                           U.S. District Court, Miami, Florida

Date of Original Sentence: November 30, 2001

Original Offense:     Theft from interstate shipment, 18 U.S.C. § 659, a Class C Felony

Original Sentence:     Three years probation, $9,999.00 restitution and the special conditions that the defendant reside at and participate in a community corrections center for a period not to exceed six months, he participate in a drug treatment program, he not incur any new debts without permission of the probation officer, and he be prohibited from associating with specific groups such as terrorist groups, etc. while on probation.

Type of Supervision: Probation            Date Supervision Commenced: November 30, 2001

---

## PETITIONING THE COURT

[ ]     To extend the term of supervision for _ years, for a total term of _ years.
[X]     To modify the conditions of supervision as follows:

> "The defendant shall pay restitution at the rate of $140 per month until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay."



## CAUSE

     A financial investigation was conducted to determine if an adjustment was necessary as to the defendant's monthly payments toward his restitution. The defendant submitted a Personal Financial Statement with supporting documents. He reporting a net monthly income of $1,100. Among other expenses, the defendant reported paying $200 to the Internal Revenue Services for taxes, $300 toward

Rec'd in MIA DKT _____

PROB 12B                                                                                     SD/FL PACTS No. 63816
(SD/FL 9/96)

court-ordered child support, $100 for clothing for a total of $760 toward expenses. The result was $340 positive cash flow. With $100 allowed toward savings and other miscellaneous expenses, it was determined the defendant had the ability to pay $140 per month toward the financial obligation. The defendant had agreed to begin payment of $140 per month commencing February 1, 2003 and every month thereafter. As such, it is respectfully requested that Your Honor sign the Petition for Probation Action, modifying the conditions of probation as indicated above.

                                                             Respectfully submitted,

                                                by           *[signature]*

                                                             Odine Lindor
                                                             U.S. Probation Officer
                                                             Phone: (305) 808-6415
                                                             Date: March 5, 2003

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

3/11/03
Date