PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 63816

FILED by _____ D.C.
INTAKE

**DEC 0 3 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. OF FLA. MIAMI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO. <u>00-6088-CR-UNGARO-BENAGES</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)


Name of Offender:   HERNANDEZ, Angel

Name of Sentencing Judicial Officer:   The Honorable Ursula Ungaro-Benages, Judge, U.S. District Court, Southern District of Florida, Miami Division

Date of Original Sentence: November 30, 2003

Original Offense:       Theft from Interstate Shipment, in violation of Title 18, U.S.C. §659, a Class C Felony.

Original Sentence:      Three years probation, $9,999.00 restitution and the special condition that he reside at and participate in a Community Corrections Center for a period not to exceed six months; he shall participate in a drug treatment program as directed by the Probation Officer; he shall not incur any new debts without the permission of the Probation Officer; and he is prohibited from associating with specific groups such as terrorist groups, etc., while on probation.

Type of Supervision: Probation                    Date Supervision Commenced: November 30, 2001

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of 90 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. You shall pay for the electronic monitoring equipment at a rate of $3.47 per day.**

PROB 12B                                                        SD/FL PACTS No. 63816
(SD/FL 9/96)

## CAUSE

1.  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance.  On October 15, 2003, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Pharm-Chem Laboratories, Incorporated.

    The defendant admitted to using cocaine on or about October 15, 2003.  Attached hereto is a copy of his Admission of Drug Use Statement.  The defendant indicated he had been depressed due to his daughter's frequent calls where she expressed to him that she missed him and wanted to live with him.  The defendant is divorced from his daughter's mother and both daughter and mother live in Virginia.

    The defendant again tested positive for cocaine on October 17, 2003, which the U.S. Probation Office concluded was from the same October 15, 2003, drug use.  Prior to the positive urinalyses of October 17, 2003, and October 15, 2003, the defendant had also tested positive for cocaine on September 16, 2002.  As a result, the defendant was sanctioned to report every Monday and Thursday for urinalysis testing and to continue to participate in counseling for substance abuse as directed by the U.S. Probation Officer.  This sanction was successfully completed.

    Mr. Hernandez has agreed to modify his probation to include the Home Detention Electronic Monitoring Program for a period of 90 days and he shall return to treatment for drug and/or alcohol abuse as directed by the U.S. Probation Officer.  Attached please find for Your Honor's review the Waiver of Hearing to Modify Conditions of Supervised Release, signed by the defendant.

    Pursuant to the defendant's admission of the above noted violation, we are requesting that the Court modify the defendant's conditions to include Home Detention Electronic Monitoring Program for a period of 90 days.  If Your Honor is in agreement with this modification, please indicate by signing where indicated below.

                                            Respectfully submitted,

                        by      Maylen Rodriguez
                                            U.S. Probation Officer
                                            Phone: (305) 512-1812
                                            Date: November 10, 2003

---

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer
                11/25/03
_____